# Court of Appeals
# of the State of Georgia

ATLANTA,__May 15, 2025_____

*The Court of Appeals hereby passes the following order:*

## A25A1603. CIZA JEAN PIERRE v. GARDEN WALK HOMEOWNERS ASSOCIATION, INC.

The appeal of the above-referenced case was docketed on April 17, 2025, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (*i.e.*, by May 7, 2025). As of May 15, 2025, appellant has failed to file his enumerations of error and brief and has not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), this appeal is hereby DISMISSED. *See Britton v. Fed. Nat'l Mortg. Ass'n*, 307 Ga. App. 581, 582 (1) (705 SE2d 682) (2011).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__05/15/2025_____*

> I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

> Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*